938

No. 1513, Misc. GRINDSTAFF *v.* IOWA. C. A. 8th Cir. Certiorari denied.

No. 1587, Misc. PETERSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1597, Misc. WOODARD *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Richard Newman* for petitioner.

No. 1693, Misc. LOWRY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1696, Misc. STAPLES *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1714, Misc. RUDERER *v.* SCHILTZ ET AL. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1715, Misc. RUDERER *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1740, Misc. ESPERTI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1759, Misc. SMITH *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Leonard H. Dickstein* for respondent.